Angela S. SMITH, Respondent,

v.

Darin K. SMITH, Appellant.

No. WD 61128.

Missouri Court of Appeals,
Western District.

March 18, 2003.

K. Martin Kuny, Independence, MO, for appellant.

Cynthia K. Wallace, Kansas City, MO, for respondent.

Before SPINDEN, P.J.,
BRECKENRIDGE and NEWTON, JJ.

## ORDER

PER CURIAM.

Darin K. Smith appeals from a judgment entered in the Circuit Court of Jackson County dissolving his marriage to Angela S. Smith. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).

Santino GARNER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61077.

Missouri Court of Appeals,
Western District.

March 18, 2003.

Sarah Weber Patel, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SPINDEN, P.J.,
BRECKENRIDGE and NEWTON, JJ.

## ORDER

PER CURIAM.

Santino Garner appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).